# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2013

Robert P. Young, Jr.,
Chief Justice

146208

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BARBARA JEAN ROSS,
      Plaintiff-Appellee,

v

STATE OF MICHIGAN,
      Defendant-Appellant.

SC: 146208
COA: 302717
Court of Claims: 05-000189-MZ

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2013

_____
Clerk

h0305